PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00138 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| RAFAEL GUTIERREZ-RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Fogderude, attorney for the defendant, that the sentencing set for August 15, 2016 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to September 12, 2016, at 8:30 a.m. The defendant provided information and made arguments for which the government needs additional time to investigate. This further investigation includes having certain conversations translated and transcribed which will also be provided to defense. The parties do not anticipate the delay in sentencing extending the amount of time the defendant remains in custody (i.e., the parties do not anticipate the defendant will receive a sentence that would allow him out of custody prior to September 12, 2016).

///

///

Stipulation                                                                 1

Dated: August 10, 2016                                      Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

                            By     /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: August 10, 2016                                      /s/ Eric Fogderude
                                        ERIC FOGDERUDE
                                        Attorney for Defendant

Granted. However, the first date the Court is available in September is September 26, 2016 a At 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 10, 2016**            **/s/ Lawrence J. O'Neill**
                                               UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                          2